BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

Dated: November 23rd, 2020

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re:<br><br>**BLACKJEWEL, L.L.C.**, *et al.*<br>　　　　　　　　**Debtors**<br>-----------------------------------------------------------<br>**DAVID ENGELBRECHT, JOSIAH WILLIAMSON, GREGORY MEFFORD on behalf of themselves and all others similarly situated,**<br><br>　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**BLACKJEWEL, L.L.C.,**<br><br><br><br>　　　　　　　　**Defendants.**<br>----------------------------------------------------------- | **Chapter 11**<br>**Case No. 19-bk-30289**<br>**(Jointly Administered)**<br><br><br><br>**Adversary Proceeding**<br>**No. 3:19-ap-03002** |
| In re:<br><br>**BLACKJEWEL, L.L.C.**, *et al.*<br>　　　　　　　　**Debtors**<br>-----------------------------------------------------------<br>**SHAWN ABNER, JACOB HELTON, AND BILLY HATTON on behalf of themselves and all others similarly situated,**<br><br>　　　　　　　　**Plaintiffs,** | **Chapter 11**<br>**Case No. 19-bk-30289**<br>**(Jointly Administered)**<br><br><br><br>**Adversary Proceeding**<br>**No. 3:19-ap-03003** |

|  |  |
|---|---|
| v.<br><br>BLACKJEWEL, L.L.C.,  REVELATION ENERGY, LLC, LEXINGTON COAL CO., LLC, JEFF HOOPS, SR., JEFFERS A. HOOPS, II,<br><br>     **Defendants.**<br>-------------------------------------------------------- |  |

### THIRD AGREED ORDER TO CONTINUE HEARING ON (I) JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) MOTION TO FILE UNDER SEAL SCHEDULE 1 AND EXHIBIT C TO THE SETTLEMENT AGREEMENT

This matter came before the Court on (i) the *Joint Motion and Memorandum of Law in Support of Defendants and Proposed Class Representatives, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rules 7023 and 9019 to: (I) Approve the Settlement Agreement Pursuant to Bankruptcy Rule 9019, (II) Preliminarily Approve the Settlement Agreement Pursuant to Bankruptcy Rule 7023, (III) Certify the Class for Settlement Purposes, Including the Appointment of Class Counsel and the Class Representatives, (IV) Approve the Form and Manner of Notice to Class Members of the Settlement, (V) Schedule a Fairness Hearing to Consider Final Approval of the Settlement Agreement, (VI) Finally Approve The Settlement Agreement Following The Fairness Hearing, and (VII) Grant Related Relief* [Docket No. 61] (the "Settlement Motion") and (ii) the *Joint Motion Pursuant to 11 U.S.C. §§ 105 and 107 and Fed. R. Bankr. P. 9018 for an Order Authorizing the Parties to File Under Seal Schedule 1 and Exhibit C to the Settlement Agreement* [Docket No. 63] (the "Motion to Seal"), each jointly filed by Blackjewel, L.L.C., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), Plaintiffs David Engelbrecht, Josiah Williamson, Gregory Mefford, Shawn Abner, Jacob Helton, and Billy Hatton (the "Plaintiffs"), and Lexington Coal Co., LLC, Jeff Hoops, Sr., and Jeffery A. Hoops, II (the "Non-Debtor Defendants" and together with the

- 2 -

Debtors and the Plaintiffs, the "Movants"), and the Secretary of the United States Department of Labor (the "Secretary") having filed an objection to the Settlement Motion [Case No. 19-30289, Docket No. 2417] (the "Objection"), and the Movants and the Secretary (together, the "Parties"), having agreed to adjourn the hearing on the Settlement Motion and Motion to Seal to a later date; and the Court having entered the *Agreed Order to Continue Hearing on (I) Joint Motion to Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019 and (II) Motion to File Under Seal Schedule I and Exhibit C to the Settlement Agreement* [Docket No. 68] adjourning the hearing on the Settlement Motion and Motion to Seal to November 6, 2020; and the Court having entered the *Second Agreed Order to Continue Hearing on (I) Joint Motion to Approve Settlement Agreement Pursuant to Bankruptcy Rule 9019 and (II) Motion to File Under Seal Schedule I and Exhibit C to the Settlement Agreement* [Docket No. 73] adjourning the hearing on the Settlement Motion and Motion to Seal to December 2, 2020, and the Parties having been engaged in negotiations to resolve the matters addressed in the Settlement Motion, the Motion to Seal, and the Objection without Court intervention, have agreed to adjourn the hearing on the Settlement Motion and the Motion to Seal to a later date.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. To provide the Parties with time to continue their negotiations, the Parties have agreed to adjourn the hearing on the Settlement Motion and the Motion to Seal to the omnibus hearing date of **December 17, 2020 at 9:30 a.m**.

2. Nothing in this order shall be deemed to prohibit any Party from requesting a further continuance with respect to the Settlement Motion or the Motion to Seal.

3. The 14-day stay of effectiveness is waived.

**SUPPLE LAW OFFICE, PLLC**

Joe M. Supple No. 8013
801 Viand St.
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelawoffice.com

– and –

**SQUIRE PATTON BOGGS (US) LLP**

/s/ Stephen D. Lerner
Stephen D. Lerner (admitted *pro hac vice*)
Nava Hazan (admitted *pro hac vice*)
Travis A. McRoberts (admitted *pro hac vice*)
201 E. Fourth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
nava.hazan@squirepb.com
travis.mcroberts@squirepb.com

*Co-Counsel for the Debtors and Debtors-in-Possession*

**THE GARDNER FIRM, P.C.**
/s/ Mary Olsen
Mary Olsen
182 St. Francis Street, Suite 103
Mobile, Alabama 36602
Telephone: (251) 433-8100
Facsimile: (251) 433-8181

*Counsel for the Plaintiffs*

**LEXINGTON COAL COMPANY, LLC**
/s/ Helena R. Jackson
Helena R. Jackson, Esq.
164 Main Street, Suite 401
Pikeville, Kentucky 41501
hj@lexingtoncoal.us
(859) 533-4901

**DINSMORE & SHOHL LLP**
*/s/ Alexis B. Mattingly*
Janet Smith Holbrook (WVSBN 5853)
John (J.H.) Harlan Mahaney (WVSBN 6993)
Alexis B. Mattingly (WVSBN 10286)
611 Third Avenue
Huntington, West Virginia 25701
(304) 529-6181 Phone
(304) 522-4312 Fax
Janet.holbrook@dinsmore.com
John.mahaney@dinsmore.com
alexis.mattingly@dinsmore.com

*Counsel for the Non-Debtor Defendants*

*/s/ Leonard H. Gerson*
Leonard H. Gerson
Trial Attorney
U.S. Department of Labor Office
of the Solicitor Plan Benefits Security
200 Constitution Ave. N.W.
Room N-4611
Washington, D.C. 20210
(202) 693-5615
gerson.leonard@dol.gov

*Counsel for the Department of Labor*

- 5 -

United States Bankruptcy Court

Southern District of West Virginia

Abner,
    Plaintiff

Blackjewel L.L.C.,
    Defendant

Adv. Proc. No. 19-03003-BAK

# CERTIFICATE OF NOTICE

District/off: 0425-3     User: llb     Page 1 of 2
Date Rcvd: Nov 23, 2020     Form ID: pdf001     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Clint Carte, Mountain State Justice, 1217 Quarrier Street, Charleston, WV 25301-1809 |
| smg | | United States Attorney, Southern District WV, P.O. Box 1713, Charleston, WV 25326-1713 |
| smg | | WV Department of Tax & Revenue, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |
| dft | + | Blackjewel L.L.C., 1051 Main Street, Milton, WV 25541-1215 |
| dft | + | Lexington Coal Co., LLC, Lexington Coal Co., LLC, 1051 Main Street, Suite 2, Milton, WV 25541-1215 |
| dft | + | Revelation Energy, LLC, 1051 Main Street, Milton, WV 25541-1215 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ct.ecf@usdoj.gov | Nov 23 2020 20:10:00 | U.S. Trustee, 2025 Robert C. Byrd U.S. Courthouse, 300 Virginia Street, East, Charleston, WV 25301-2503 |
| ust | + | Email/Text: ustpregion04.ct.ecf@usdoj.gov | Nov 23 2020 20:10:00 | United States Trustee, 2025 Robert C. Byrd U.S. Courthouse, 300 Virginia Street, East, Charleston, WV 25301-2503 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2020      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed

District/off: 0425-3 User: llb Page 2 of 2
Date Rcvd: Nov 23, 2020 Form ID: pdf001 Total Noticed: 8

**below:**

| **Name** | **Email Address** |
| --- | --- |
| Alexis Brooke Mattingly | on behalf of Defendant Jeffers A. Hoops  II alexis.mattingly@dinsmore.com, tonya.skeens@dinsmore.com |
| Alexis Brooke Mattingly | on behalf of Defendant Jeff Hoops  Sr. alexis.mattingly@dinsmore.com, tonya.skeens@dinsmore.com |
| Billy Ray Shelton | on behalf of Defendant Lexington Coal Co.  LLC bshelton@sbhlegal.net |
| Bren J. Pomponio | on behalf of Plaintiff Shawn Abner bren@msjlaw.org  miranda@msjlaw.org |
| Janet Smith Holbrook | on behalf of Defendant Jeff Hoops  Sr. janet.holbrook@dinsmore.com, beth.blankenship@dinsmore.com |
| Janet Smith Holbrook | on behalf of Defendant Jeffers A. Hoops  II janet.holbrook@dinsmore.com, beth.blankenship@dinsmore.com |
| Ned Pillersdorf | on behalf of Plaintiff Shawn Abner pillersn@bellsouth.net |
| Samuel Brown Petsonk | on behalf of Plaintiff Billy Hatton sam@petsonk.com  jackie@msjlaw.org |
| Samuel Brown Petsonk | on behalf of Plaintiff Jacob Helton sam@petsonk.com  jackie@msjlaw.org |
| Samuel Brown Petsonk | on behalf of Plaintiff Shawn Abner sam@petsonk.com  jackie@msjlaw.org |
| Stephen D. Lerner | on behalf of Defendant Blackjewel L.L.C. stephen.lerner@squirepb.com sarah.conley@squirepb.com,stephen-lerner-2073@ecf.pacerpro.com |

TOTAL: 11